UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH WHITE,                                               No. C 08-2350   MHP

        Plaintiff(s),                              **ORDER RE APPLICATION TO PROCEED IN FORMA PAUPERIS**

  v.

MICHAEL J. ASTRUE,

        Defendant(s).
                                             /

        (X)    IT IS ORDERED that the application to proceed in forma pauperis is GRANTED and that the Clerk issue summons. IT IS FURTHER ORDERED that plaintiff shall serve the summons, a copy of the complaint, and all papers that plaintiff has filed herein, the scheduling order, and attachments in accordance with Rule 4 of the Federal Rules of Civil Procedure. Plaintiff shall refer to the attachment *Chapter 5 - What are the Requirements for Serving Documents on the Other Parties to the Lawsuit?*

        ( )    IT IS ORDERED that the application to proceed in forma pauperis is DENIED, and that the filing fee of $350.00 be paid no later than _____. Failure to pay the filing fee by that date will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

        ( )    IT IS ORDERED that the application to proceed in forma pauperis is DENIED and that plaintiff is further ordered to make partial payment of the filing fee in the amount of $ _____ by _____. Failure to pay this amount will result in dismissal of the above-entitled action

1 without prejudice.  The plaintiff is hereby apprised of his/her responsibility to serve the complaint
2 and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil
3 Procedure.  Plaintiff has a continuing obligation to keep the Court informed of his or her current
4 address.  Failure to do so may result in dismissal of this action.

Dated: May 14, 2008

_____
MARILYN HALL PATEL
United States District Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WHITE,<br><br>        Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE et al,<br><br>        Defendant.                                   / | Case Number: CV08-02350 MHP<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 15, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Kenneth White
106 Sadowa Street
San Franciso, CA 94112

Dated: May 15, 2008

                                        Richard W. Wieking, Clerk
                                        By: Anthony Bowser, Deputy Clerk