UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH WHITE,

    Plaintiff(s),

vs.

COMMISSIONER MICHAEL J. ASTRUE,

    Defendant(s).

No. C 08-2350 MHP

**ORDER DISMISSING COMPLAINT**

    This action seeking review of a decision by the Social Security Administration was filed on May 7, 2008. On May 15, 2008 this court granted plaintiff's motion for leave to proceed *in forma pauperis*. Since that time no action has been taken in furtherance of the proceedings and plaintiff has failed to comply with the court's standing procedural order issued May 7, 2008. Therefore,

    IT IS HEREBY ORDERED that the complaint in this action is DISMISSED for lack of prosecution and failure to obey and order of the court. The Clerk of Court shall close the file.

Date: May 17, 2011

MARILYN HALL PATEL
United States District Court Judge
Northern District of California